| | |
|---|---|
| John D. Bauersfeld (Calif. Bar 47,434) | Matthew B. Lehr (Bar No. 213139) |
| jbauersfeld@fitcheven.com | matthew.lehr@dpw.com |
| Fitch, Even, Tabin & Flannery | Anthony I. Fenwick (Bar No. 158667) |
| Warner Center Towers | anthony.fenwick@dpw.com |
| 21700 Oxnard Street, Suite 1740 | Jill Zimmerman (Bar No. 230338) |
| Woodland Hills, CA 91367 | jill.zimmerman@dpw.com |
| Telephone: 818.715.7025 | Chung G. Suh (Bar No. 244889) |
| Facsimile: 818.715.7033 | gemma.suh@dpw.com |
| | |
| Steven C. Schroer | DAVIS POLK & WARDWELL |
| schroer@fitcheven.com | 1600 El Camino Real |
| Timothy P. Maloney | Menlo Park, California  94025 |
| tpmalo@fitcheven.com | Telephone:     (650) 752-2000 |
| Jon A. Birmingham | Facsimile:     (650) 752-2111 |
| jbirmi@fitcheven.com | |
| Ted S. P. Li | Attorneys for Defendants |
| TLi@fitcheven.com | |
| Fitch, Even, Tabin & Flannery | |
| 120 South LaSalle Street, Suite 1600 | |
| Chicago, Illinois 60603 | |
| Telephone: (312) 577-7000 | |
| Facsimile: (312) 577-7007 | |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEAH IP LLC, a California limited liability company, | Case No. 3:08-CV-04872-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PLAXO, INC., a Delaware corporation, COMCAST INTERACTIVE MEDIA, LLC, a Delaware corporation, and COMCAST CORPORATION, a Delaware corporation, | |
| Defendants.                              / | |

On November 17, 2008, the Court scheduled an Initial Case Management Conference in this action for February 5, 2009, at 2:30 p.m.

On January 29, 2009, the parties filed a Joint Case Management Statement.  (Dkt. Entry

No. 75.)

Due to events beyond his control, counsel for Plaintiff was unable to reach the courthouse at the appointed time and so the February 5, 2009 Case Management Conference was vacated by the Court.

The parties were provided with additional dates on which the Court will be available for a rescheduled Case Management Conference, one of which is April 23, 2009 at 2:30 p.m.

By and through their undersigned counsel, the parties stipulate that they are available, through their respective counsel, on April 23, 2009 at 2:30 p.m. and respectfully request that the Court reset the Initial Case Management Conference in this matter for that date and time. The parties will submit an Amended Joint Case Management Statement in advance of the rescheduled Initial Case Management Conference.

Respectfully submitted,

Dated: February 20, 2009            FITCH, EVEN, TABIN & FLANNERY

By:  /s/ Steven C. Schroer
     Steven C. Schroer

Attorneys for Plaintiff

DAVIS POLK & WARDWELL

By:  /s/ Anthony I. Fenwick
     Anthony I. Fenwick

Attorneys for Defendants

528274

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 2/24/09

The Honorable P[hyllis J. Hamilton]
United States Dis[trict Judge]

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

1    Pursuant to General Order No. 45, I hereby attest that I have on file written permission to
2 sign this Joint Case Management Statement from all parties whose signatures are indicated by a
3 "conformed" signature (/s/) within this e-filed document.

4                                   _____/s/ Ted S. P. Li_____
                                    Ted S. P. Li (*pro hac vice*)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2009, I electronically transmitted the attached **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                                          /s/ Ted S. P. Li
                                                          Ted S. P. Li (*pro hac vice*)