UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEAH IP,

    Plaintiff(s),

    v.

PLAXO, INC., et al.,

    Defendant(s).

_____/

No. C 08-4872 PJH

**ORDER RE REQUEST FOR EXPEDITED SCHEDULE**

Before the court is a stipulation and proposed order shortening briefing schedule and requesting expedited decision without hearing on cross motions for protective order, in which the parties stipulate to a shortened briefing schedule for their "cross motions" for protective order, waive hearing on the motions, and apparently request that the court decide the motions in advance of a date designated by them. The court approves the request for expedited briefing and waiver of hearing. However, the court will decide the motions when its calendar permits it to do so and will not agree to decide them by a date selected by counsel. Needless to say, a deadline for decision imposed or requested by counsel is an unusual, and even, unorthodox request, and one not likely to ever be granted by this court. If the timing of resolution is critical, the court suggests that the parties decide for themselves what the contents of their protective order should be, as is done with respect to the vast majority of protective orders approved by this court. Moreover, it is likely that the dispute will be referred to a magistrate judge for resolution in any event.

**IT IS SO ORDERED.**

Dated: March 26, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge