UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAH IP LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLAXO, INC., *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C-08-4872 PJH (EMC)<br><br>**ORDER SCHEDULING HEARING ON CROSS-MOTIONS FOR PROTECTIVE ORDER**<br><br>**(Docket Nos. 81, 85)** |

　　　　The parties have filed cross-motions for a protective order. As reflected in the motions, the dispute concerns the terms of a protective order for confidential documents. Although the parties have agreed to waive a hearing on the motions, the Court finds, based on its review of the opening motions, that a hearing would be of assistance and therefore sets the motions for hearing on **April 29, 2009, at 10:30 a.m.** The parties have agreed to maintain the status quo pending the hearing on this date (*i.e.*, Defendants are not required to produce confidential documents on April 20, 2009).

　　　　Per the parties' stipulation, opposition briefs are to be filed by April 9, 2009, and reply briefs are waived. If the parties wish to modify the date that the opposition briefs are due in light of the hearing schedule, they may do so by joint stipulation and proposed order, provided that the oppositions are filed no later than April 15, 2009.

　　　　IT IS SO ORDERED.

Dated: April 6, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge