```
 1  Matthew B. Lehr (Bar No. 213139)
       matthew.lehr@dpw.com
 2  Anthony I. Fenwick (Bar No. 158667)
       anthony.fenwick@dpw.com
 3  Jill Zimmerman (Bar No. 230338)
       jill.zimmerman@dpw.com
 4  Chung G. Suh (Bar No. 244889)
       gemma.suh@dpw.com
 5  DAVIS POLK & WARDWELL
    1600 El Camino Real
 6  Menlo Park, California 94025
    Telephone:   (650) 752-2000
 7  Facsimile:   (650) 752-2111

 8  Attorneys for Defendants Plaxo, Inc.,
    Comcast Interactive Media, LLC
 9  and Comcast Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEAH IP, LLC, a California limited liability company,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>PLAXO, INC., a Delaware corporation, COMCAST INTERACTIVE MEDIA, LLC, a Delaware limited liability company, and COMCAST CORPORATION, a Pennsylvania corporation,<br><br>Defendants and Counterclaimants. | CASE NO. CV 08-4872 PJH (EMC)<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO ALLOW FILING OF DOCUMENTS UNDER SEAL [CIV. L.R. 79-5(d)]<br><br>Judge:  The Hon. Edward M. Chen |

1 | Before the Court is Plaintiff Cheah IP, LLC's Administrative Motion to Allow Filing of
2 | Documents Under Seal, filed April 9, 2009 (Doc. Ent. 97), by which Plaintiff seeks leave to file
3 | under seal certain documents submitted in opposition to Defendants' Motion for Protective Order.
4 | Having reviewed Defendants' submission of the Declaration of David L. Marcus pursuant
5 | to Civil Local Rule 79-5(d), and good cause appearing for the reasons stated therein, the motion is
6 | GRANTED as to Exhibits B-D of the Declaration of Ted S. P. Li in Opposition to Defendants'
7 | Motion for a Protective Order, which Defendants have shown contain material properly filed under
8 | seal.

10 | IT IS SO ORDERED.
11 | Dated: April 20, 2009

Hon. Edward M. Chen
Judge, United States District Court

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL – CASE NO. CV 08-4872 PJH (EMC)