| | |
|---|---|
| John D. Bauersfeld (Bar No. 47434)<br>jbauersfeld@fitcheven.com<br>Fitch, Even, Tabin & Flannery<br>Warner Center Towers<br>21700 Oxnard Street, Suite 1740<br>Woodland Hills, CA 91367<br>Telephone:    (818) 715-7025<br>Facsimile:     (818) 715-7033<br><br>Steven C. Schroer<br>schroer@fitcheven.com<br>Timothy P. Maloney<br>tpmalo@fitcheven.com<br>Jon A. Birmingham<br>jbirmi@fitcheven.com<br>Ted S. P. Li<br>TLi@fitcheven.com<br>Fitch, Even, Tabin & Flannery<br>120 South LaSalle Street, Suite 1600<br>Chicago, Illinois 60603<br>Telephone:    (312) 577-7000<br>Facsimile:     (312) 577-7007<br><br>Attorneys for Plaintiff | Matthew B. Lehr (Bar No. 213139)<br>matthew.lehr@dpw.com<br>Anthony I. Fenwick (Bar No. 158667)<br>anthony.fenwick@dpw.com<br>Jill Zimmerman (Bar No. 230338)<br>jill.zimmerman@dpw.com<br>Chung G. Suh (Bar No. 244889)<br>gemma.suh@dpw.com<br><br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, California  94025<br>Telephone:    (650) 752-2000<br>Facsimile:     (650) 752-2111<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEAH IP LLC, a California limited liability company,<br><br>              Plaintiff and Counterdefendant,<br><br>       vs.<br><br>PLAXO, INC., a Delaware corporation, COMCAST INTERACTIVE MEDIA, LLC, a Delaware limited liability company, and COMCAST CORPORATION, a Pennsylvania corporation,<br><br>              Defendants and<br>              Counterclaimants. | Case No. CV 08-4872 PJH<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and

hereby is dismissed with prejudice pursuant to F.R.Civ.P. Rule 41(a)(1)(A)(ii).  Each Party shall bear its own costs and fees.

Dated:  June 11, 2009                              FITCH, EVEN, TABIN & FLANNERY

                                                          /S/ Timothy P. Maloney
                                                        Steven C. Schroer
                                                        Timothy P. Maloney

                                                        Attorneys for Plaintiff and Counterdefendant
                                                        Cheah IP, LLC


Dated:  June 11, 2009                              DAVIS POLK & WARDWELL

                                                        /S/ Anthony I. Fenwick
                                                        Anthony I. Fenwick
                                                        Matthew B. Lehr

                                                        Attorneys for Defendants and
                                                        Counterclaimants Plaxo, Inc., Comcast
                                                        Interactive Media, LLC and Comcast
                                                        Corporation

     Pursuant to General Order 45, I hereby attest that I have on file written permission to sign this Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) from all parties whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

                                                        /S/ Timothy P. Maloney


## CERTIFICATE OF SERVICE

     I hereby certify that on June 11, 2009, I electronically transmitted this Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                                        /S/ Timothy P. Maloney